2:04-CV-02728 PA

ATTACHMENT TO NOTICE OF DOCUMENT DISCREPANCIES (CV-104) ORDERED SEALED